# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-19-00694-CV

**Joseph Martinez, Appellant**

**v.**

**Samantha Renee Garcia, Appellee**

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-13-005776, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on December 2, 2019. On December 11, 2019, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by January 2, 2020, would result in the dismissal of his appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Thomas J. Baker, Justice

Before Chief Justice Rose, Justices Baker and Triana

Dismissed for Want of Prosecution

Filed: January 24, 2020